# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL ELECTRICAL INDUSTRY FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, the CONTRACT COMPLIANCE FUND, and the ADMINISTRATIVE MAINTENANCE FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> GILMARTIN ELECTRICAL CONTRACTING, INC., a California corporation, <br><br> Defendant. | Case No.: CV10-8844-GW (FFMx) <br><br> Assigned to the Honorable George Wu <br><br> **JUDGMENT** <br><br> JS-6 |

///

///

1

Proposed Judgment.doc

Judgment

1    This action having been commenced on November 17, 2010, and the Court
2 having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of
3 the Southern California IBEW-NECA Pension Plan, et al., and against defendant
4 Gilmartin Electrical Contracting, Inc., and for good cause shown,

5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

6    Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan,
7 Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the
8 Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the
9 National Electrical Benefit Fund, Trustees of the National Electrical Industry Fund,
10 Trustees of the Southern California IBEW-NECA Labor-Management Cooperation
11 Committee, the Los Angeles Electrical Workers Credit Union, the Contract
12 Compliance Fund and the Administrative Maintenance Fund shall recover from
13 defendant Gilmartin Electrical Contracting, Inc. the principal amount of $131,293.22,
14 plus post-judgment interest as provided by law, from the date judgment is entered
15 until paid in full.

Dated: January 9, 2013

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE